UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN TIMOTHY RANDOLPH,<br>            Petitioner,<br>  v.<br>LINDA SANDERS, Warden,<br>            Respondent. | No. CV 10-2692-DSF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied with prejudice.

DATED: 6/5/12

_____
DALE S. FISCHER
United States District Judge